**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 (SUBCHAPTER V) |
| PRIME PAINTERS, LLC, | |
| DEBTOR. | CASE NO. 23-20430-JRS |

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS
BALLOT ON OR BEFORE <u>December 1, 2023</u> TO:**

**United States Bankruptcy Court
United States Courthouse
121 Spring Street, Room 120
Gainesville, GA 30501**

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Rountree Leitman Klein & Geer, LLC Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, Attn: Ceci Christy.

**The undersigned is a holder of** [check one:]

    \_\_\_ a secured claim
    _X_ an unsecured claim
    \_\_\_ other [specify:_____]

**In the amount of $** _350,000.00_ **, in Class** _1_ **and hereby:**

    _X_ **Accepts**     \_\_\_\_**Rejects**

**Debtor's Plan of Reorganization**

Date: _11/20/23_

Email Address of signing representative:
_travis.knobbe@fmglaw.com_
Print Name: _Travis Knobbe_

Creditor: _Travelers Property Casualty Company of America_
Signed: _[signature]_
[If appropriate] as: _Counsel_
Address: _100 Galleria Pkwy, Suite 1600_
_Atlanta, GA 30339-5948_
Phone Number: _(678) 996-9054_